## Stranahan *v.* Jennings, Appellant.

Argued March 29, 1973. *Edward Fackenthal,* with him *Henderson, Wetherill, O'Hey and Horsey,* for appellant; *Robert M. Landis,* with him *Jerome A. Hoffman,* and *Dechert, Price & Rhoads,* for appellee.

Judgment affirmed.